

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2016

No. 04-16-00675-CV

Tom **RETZLAFF**,
Appellant

v.

Philip R. **KLEIN**, Klein Investigations & Consulting and James W. Landess,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17145
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On October 25, 2016, appellant filed an affidavit accompanied by a proposed clerk's record and reporter's record. Appellant cites Rule 28.1(e) of the Texas Rules of Appellate Procedure which permits the appellate court to "hear an accelerated appeal on the original papers forwarded by the trial court or on sworn and uncontroverted copies of those papers." TEX. R. APP. P. 28.1(e). Rule 28.1(e), however, only addresses the use of such papers "in lieu of the clerk's record." *Id.* In addition, although the appellant has sworn to the copies provided, it is unclear whether the appellee will controvert the copies provided. It is therefore ORDERED that appellee file a written response to the proposed clerk's record filed by appellant no later than ten days from the date of this order. Because Rule 28.1(e) does not authorize the use of sworn copies of a reporter's record, the proposed reporter's record is STRICKEN. The current deadline for the court reporter's to file the reporter's record's is October 27, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court